IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| IN RE:<br><br>DAVID L. DUCKWORTH,<br><br>Debtor. | Chapter 7<br><br>Case No. 10-83603 |
| STATE BANK OF TOULON,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES E. COVEY,<br>Chapter 7 Trustee for DAVID L. DUCKWORTH,<br>MICHLIG AGRICENTER GRAIN, LLC,<br>RURAL COMMUNITY INSURANCE AGENCY, INC.,<br>a Minnesota corporation,<br><br>Defendants. | Adversary No. 11-_____ |

### COMPLAINT TO DETERMINE VALIDITY, PRIORITY AND EXTENT OF LIENS PURSUANT TO BANKRUPTCY RULE 7001(2)

NOW COMES State Bank of Toulon, by Timothy J. Howard of Howard & Howard Attorneys PLLC, and for its Complaint to Determine the Validity, Priority and Extent of Liens Pursuant to Bankruptcy Rule 7001(2), states as follows:

1. On April 23, 2010, David L. Duckworth (the "Debtor") filed his voluntary petition under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq.* (the "Code").

2. Charles E. Covey is the duly appointed Chapter 7 Trustee for the Debtor ("Trustee").

Howard & Howard
law for business

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
312.372.4000
fax 312.939.5617

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007-4718
269.382.1483
fax 269.382.1568

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5914
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

1725312v3

Howard & Howard
law for business

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
312.372.4000
fax 312.939.5617

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007-4718
269.382.1483
fax 269.382.1568

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5914
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

3. The Court's jurisdiction is based upon 28 U.S.C. § 157(b)(2)(K) because this is a core proceeding to determine the validity, priority and extent of competing liens on the property of the Debtor.

4. Venue for this adversary proceeding is proper in this Court pursuant to 28 U.S.C. § 1409(a).

5. State Bank of Toulon is an Illinois bank with its principal place of business at 102 West Main Street, Toulon, Illinois, 61483 (the "Bank").

6. Michlig Agricenter Grain, LLC (hereinafter "Michlig") is an Illinois limited liability company which is in the business of purchasing farm products in Central Illinois.

7. Rural Community Insurance Agency, Inc., d/b/a Rural Community Insurance Services, a Minnesota corporation, ("RCIA") is an approved insurance provider by the Federal Crop Insurance Corporation to deliver Federal crop insurance.

8. Prior to filing this bankruptcy case, the Debtor was the insured under two crop insurance policies issued by RCIA.

9. The Bank is the holder of a perfected secured claim against the Debtor.

    A. Attached as Exhibit 1 is a copy of an Agricultural Security Agreement between the Debtor and the Bank dated December 13, 2008, granting a security interest in the Property described below.

    B. Attached as Exhibit 2 is a copy of the UCC-1 Financing Statement filed with the Illinois Secretary of State on December 15, 2008, to perfect the lien the Debtor granted to the Bank for the Property described below.

    C. Attached as Exhibit 3 is a Promissory Note dated December 15, 2008, made by the Debtor to the Bank in the original principal amount of $1,100,000.00.

2

Howard & Howard
law for business

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
312.372.4000
fax 312.939.5617

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007-4718
269.382.1483
fax 269.382.1568

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5914
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

D.      Attached as Exhibit 4 is a Promissory Note dated January 29, 2010, made by the Debtor to the Bank in the original principal amount of $950,000.00.

E.      Attached as Exhibit 5 is a Promissory Note dated June 4, 2008, made by the Debtor to the Bank in the original principal amount of $61,570.00.

F.      Attached as Exhibit 6 is a Promissory Note dated September 17, 2008, made by the Debtor to the Bank in the original principal amount of $173,935.00.

G.      Attached as Exhibit 7 is a Promissory Note dated March 17, 2009, made by the Debtor to the Bank in the original principal amount of $60,035.00.

H.      Attached as Exhibit 8 is a Promissory Note dated April 20, 2009, made by the debtor to the Bank in the original principal amount of $12,935.00.

10.      The Bank's claim is secured by the following property of the Debtor (hereinafter the "Collateral"):

> All inventory, chattel paper, accounts, equipment, general intangibles, farm products, livestock (including all increase and supplies) and farm equipment; whether any of the forgoing is owned now or acquired later; whether any of the foregoing is now existing or hereafter born or grown; all accessions, additions, replacements, and substitutions relating to any of the foregoing (including all entitlements, rights to payment, and payments, in whatever form received, including but not limited to, payments under any governmental agricultural diversion programs, governmental agricultural assistance programs, the farm service agency wheat feed grain program, and any other such program of the United States Department of Agriculture, or any other intangibles or programs); all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds).

11.      All of the Bank's liens set forth above were perfected more than 90 days prior to the filing of the Debtor's Chapter 7 petition.

12.      On the date of filing, the Debtor owed the Bank $2,329,225.90 on the Bank's claim plus attorney fees and expenses.

3

Howard & Howard
law for business

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
312.372.4000
fax 312.939.5617

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007-4718
269.382.1483
fax 269.382.1568

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5914
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

13. Prior to the filing of this bankruptcy case, the Debtor made an application for crop insurance proceeds on his policies with RCIA.

14. Prior to the filing of this bankruptcy case, the Bank made a Demand for Possession of Collateral on the Debtor. A copy of the Demand dated October 29, 2010, is attached as Exhibit 9.

15. Prior to the filing of this bankruptcy case, the Bank made a demand on RCIA for all crop insurance proceeds under policies no. IL-090-992715 (Policy 15) and IL-090-992716 (Policy 16). A copy of that Demand is attached as Exhibit 10.

16. After receiving Demand for the crop insurance proceeds, on November 5, 2010, the Debtor executed an Assignment under Policy 15 to Michlig. A copy of the Assignment is attached Exhibit 11.

17. RCIA acknowledged the Assignment of Policy 15 on November 8, 2010. A copy of the Confirmation is attached as Exhibit 12.

18. On November 5, 2010, the Debtor executed an Assignment under Policy No. 16 to Michlig. A copy of the Assignment is attached as Exhibit 13.

19. RCIA acknowledged the Assignment of Policy 16 on November 8, 2010. A copy of the Confirmation is attached as Exhibit 14.

20. Upon information and belief, the Bank believes there is approximately $500,000.00 payable under Policies 15 and 16 for crop insurance proceeds.

21. Because Michlig and the Bank assert competing liens upon the Debtor's personal property, there is an actual controversy among all creditors concerning the liens and the priority of such liens on the property of the Debtor.

4

22. The Trustee is an interested party because each Assignment was made by the Debtor to Michlig within 90 days of the filing of the bankruptcy case and would be a preference under Section 547 of the Code.

23. Section 9-322 of the Illinois version of the Uniform Commercial Code ("UCC") sets forth the priority among conflicting security interests in the same collateral and specifically provides that:

> Conflicting perfected security interests and agricultural liens rank according to priority in time of filing or perfection. Priority dates from the earlier of the time a filing covering the collateral is first made or the security interest or agricultural lien is first perfected, if there is no period thereafter when there is neither filing nor perfection.

810 ILCS 5/9-322(a)(1) (hereinafter referred to as the "First to File Rule").

24. Under the First to File Rule, the Bank has the first perfected security interest in the crop insurance proceeds. The Assignments of the insurance proceeds by the Debtor to Michlig is junior in priority to that of the Bank.

WHEREFORE, State Bank of Toulon requests that the Court declare the validity, priority and extent of the Debtor's liens as follows:

    A. Declare that the State Bank of Toulon has a first and prior security interest in the crop insurance proceeds under Policies 15 and 16.

    B. Declare that Rural Community Insurance Agency, Inc. be directed and authorized to turn over to the State Bank of Toulon all crop insurance proceeds in its possession to be applied to the indebtedness of the State Bank of Toulon; and

    C. Declare such further and other relief as the Court deems appropriate and proper.

Dated: January 5, 2011.

Howard & Howard
law for business

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
312.372.4000
fax 312.939.5617

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007-4718
269.382.1483
fax 269.382.1568

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5914
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

Howard & Howard
law for business

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
312.372.4000
fax 312.939.5617

The Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007-4718
269.382.1483
fax 269.382.1568

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5914
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

STATE BANK OF TOULON

/s/     Timothy J. Howard
Timothy J. Howard, ARDC No. 01271202
Mark A. Bogdanowicz, ARDC No. 06301322
Howard & Howard Attorneys PLLC
211 Fulton Street, Suite 600
Peoria, Illinois 61602
Telephone: (309) 672-1483
Facsimile: (309) 672-1568
thoward@howardandhoward.com
mbogdanowicz@howardandhoward.com